ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL V

| HÉCTOR R. CARDONA OLIVENCIA, LUIS E. CARDONA OLIVENCIA, Y XAVIER CARDONA LÓPEZ<br><br>Recurridos<br><br>v.<br><br>METRO MAYAGÜEZ, INC. H/N/C HOSPITAL PEREA, YAMIL CARLO LÓPEZ, VÍCTOR FERNANDO NAZARIO YORDAN Y OTROS<br><br>Peticionarios | TA2026CE00466 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br><br>Caso Núm.: MZ2023CV00009<br><br>SALÓN: 306<br><br>Sobre: Impericia Médica |

Panel integrado por su presidenta, la Juez Domínguez Irizarry, el Juez Cruz Hiraldo y el Juez Sánchez Báez

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 30 de abril de 2026.

Examinada la *Moción Informando Sentencia Desestimación con Perjuicio* presentada por la parte peticionaria, Dr. Víctor Nazario Yordán, y el Sindicato de Aseguradores para la Suscripción Conjunta de Seguros de Responsabilidad Profesional Médico-Hospitalaria (SIMED), el Tribunal dispone lo siguiente:

Se toma conocimiento de que la parte recurrida solicitó al Tribunal de Primera Instancia desistir con perjuicio de su causa de acción instada en el caso de epígrafe contra el Dr. Víctor Nazario Yordán y el Sindicato de Aseguradores para la Suscripción Conjunta de Seguros de Responsabilidad Profesional Médico-Hospitalaria (SIMED). Asimismo, se toma conocimiento que el 27 de abril de 2026, el Tribunal de Primera Instancia declaró con lugar el desistimiento y archivó con perjuicio la demanda del presente caso.

Por tal razón, el recurso de epígrafe se tornó académico. En consecuencia, este Tribunal decreta la desestimación del recurso de

epígrafe, a tenor con lo dispuesto en la Regla 83 (C) del Reglamento del Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 141, págs. 116-117, 216 DPR __ (2025).

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones